

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036   Tel: 212-421-4100   Fax: 212-326-0806          www.pryorcashman.com

**Frank P. Scibilia**
Partner

Direct Tel: (212) 326-0445
Direct Fax:  (212) 798-6375
fscibilia@pryorcashman.com

July 27, 2015

**VIA ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:   ***Capitol Records, LLC et al. v. MP3tunes, LLC and Michael Robertson,
Nos. 14-4369 & 14-4509***

Dear Ms. O'Hagan Wolfe:

I write on behalf of Appellees/Cross-Appellants Beechwood Music Corp., Colgems-EMI Music Inc., EMI April Music Inc., EMI Blackwood Music, EMI Full Keel Music, EMI Golden Torch Music Corp., EMI Longitude Music, EMI Virgin Music, Inc., EMI Virgin Songs, Inc., EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI Feist Catalog, Inc., EMI Gold Horizon Corp., EMI Grove Park Music, EMI Hastings Catalog, Inc., EMI Mills Music, Inc., EMI Miller Catalog, Inc., EMI Robbins Catalog, Inc., EMI U Catalog, Inc., EMI Unart Catalog, Inc., Jobete Music Co., Inc., Screen Gems-EMI Music, Inc., Stone Agate Music, and Stone Diamond Music (the "Publishing Appellees/Cross-Appellants") in the above-referenced appeals, to request that the Court treat the Local Rule 31.2(a)(1)(B) notice for all appellees/cross-appellants to serve and file their brief on or before October 5, 2015, filed today as document 156 on the Court's ECF system, as filed on behalf of the Publishing Appellees/Cross-Appellants in addition to the filing appellees/cross-appellants.

Respectfully submitted,

/s/

Frank P. Scibilia

cc:     Counsel for Robertson (via ECF and e-mail)